UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT A WILLIAMSON,<br><br>        Plaintiff,<br><br>  v.<br><br>JAMES TILTON et al,<br><br>        Defendant. | Case Number: CV07-05783 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Scott A. Williamson F 56706
C.T.F. Central
Owning 139
P.O. Box 689
Soledad, CA 93960

Dated: December 7, 2007

                                      Richard W. Wieking, Clerk
                                      By: Barbara Espinoza, Deputy Clerk